# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | } | |
| | } | |
| **Plaintiff,** | } | |
| vs. | } | NO.  5:03CR387 |
| | } | |
| **Eric V. Bartoli** | } | |
| | } | |
| | } | |
| **Defendant,** | } | <u>**N O T I C E**</u> |
| | } | |

TAKE NOTICE that the above captioned defendant has been scheduled for an ARRAIGNMENT on <u>October 29, 2015 at 1:30 p.m.</u>  in  Courtroom 575  of the Honorable John R. Adams,  United States District Judge,  Federal Building  -  U.S. Courthouse, 2 South Main Street, Akron, Ohio to answer to an Indictment.


**DATE: October 26, 2015**                              **GERI M. SMITH**
                                                                                     **Clerk**


                                                                          By <u>s/Terri L. Masich</u>
                                                                          **Courtroom Deputy Clerk**
                                                                          **(330) 252-6070**