1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
2                          EASTERN DIVISION

3       UNITED STATES OF AMERICA,        Case No. 5:03cr387
                                         Akron, Ohio
4                   Plaintiff,           Wednesday, November 9, 2016

5            vs.

6       ERIC V. BARTOLI,

7                   Defendant.

8
                         TRANSCRIPT OF PROCEEDINGS
9               BEFORE THE HONORABLE JOHN R. ADAMS
                  UNITED STATES DISTRICT JUDGE
10

11                       SENTENCING HEARING

12

        APPEARANCES:
13
        For the Government:         Christos N. Georgalis
14                                  Antoinette T. Bacon
                                    Office of the U.S. Attorney
15                                  Northern District of Ohio
                                    Suite 400
16                                  801 Superior Avenue, W
                                    Cleveland, Ohio  44113
17

18
        For the Defendant:         Barry M. Ward
19                                  Law Office of Barry M. Ward
                                    1000 National City Center
20                                  One Cascade Plaza
                                    Akron, Ohio  44308
21                                  (330) 535-1555

22

23

24

25

                  Lori A. Callahan, RMR-CRR      (330) 252-6022

```
 1      APPEARANCES (CONTIN.):

 2                                    John D. Sammon
                                      Suite 178
 3                                    19885 Detroit Road
                                      Cleveland, Ohio  44116
 4                                    440-503-5225

 5

 6

 7

 8

 9

10

11

12

13      Court Reporter:              Lori Ann Callahan, RMR-CRR
                                      United States District Courthouse
14                                    Room 568
                                      2 South Main Street
15                                    Akron, Ohio  44308
                                      (330) 819-8676
16

17

18

19

20      Proceedings recorded by mechanical stenography, transcript
        produced by computer-aided transcription.
21

22

23

24

25


                  Lori A. Callahan, RMR-CRR        (330) 252-6022
```

1                    P R O C E E D I N G S

2                          -  -  -

3               THE COURT:  For the record, the court has before

4    it today Case Number 5:03cr387-001.  The case is United

10:46:27  5    States of America versus Eric Bartoli.  We're here today for

6    sentencing.

7               Counsel for the government, are you ready to

8    proceed?

9               MR. GEORGALIS:  Yes, Judge.  Chris Georgalis on

10:46:36 10    behalf of the United States.  Seated to my left is AUSA Tony

11    Bacon, as well as IRS Agent Michelle Burmeister, as well as

12    Special Agent Gary Sukowatey with the FBI.

13               THE COURT:  Thank you, Counsel.

14               On behalf of the defendant?

10:46:48 15               MR. WARD:  Good morning, Your Honor.  Attorney

16    Barry Ward and Attorney Jack Sammon on behalf of the

17    defendant, Eric Bartoli.

18               We are ready to proceed, sir.

19               THE COURT:  Thank you.

10:46:56 20               Mr. Bartoli, did you go over and review the

21    presentence report that was prepared to assist me in

22    deciding your sentence in this case?

23               THE DEFENDANT:  Yes.

24               THE COURT:  Have you discussed it in full with

10:47:05 25    your attorneys?

1          THE DEFENDANT:  Yes.

2          THE COURT:  Counsel, did you go over the report

3     and review it with your client?

4          MR. WARD:  I would indicate for the record, Your

10:47:11  5     Honor, we've done so on many occasions as recently as

6     yesterday afternoon.

7          THE COURT:  Thank you.

8          It appears there are no unresolved objections that

9     had been filed, and the court addressed the guideline

10:47:23 10     calculation, as I've indicated.  Even though the guideline

11     calculation as recommended by the parties is higher than

12     that recommended by the probation department, the court will

13     use the guideline calculation in this matter as the

14     benchmark, as the starting point.

10:47:40 15          Is there any other objections either side wishes

16     to raise at this time, on behalf of the government?

17          MR. GEORGALIS:  No further objections, Judge.

18     Thank you.

19          MR. WARD:  Not on behalf of the defendant.

10:47:48 20          THE COURT:  Thank you.  It's my understanding that

21     we have a number of victims who wish to be heard.

22          Counsel for the government, are the victims

23     available who wish to come forward?

24          MR. GEORGALIS:  Yes, Judge.  There are victims

10:48:01 25     that are here and would like to be heard.

Lori A. Callahan, RMR-CRR      (330) 252-6022

1          Judge, there are seven victims to my knowledge

2     that would like to speak to the court directly, and there

3     are also two letters that the victims have asked that the

4     government read into open court if that's okay.

10:48:12  5          THE COURT:  All right.  Go ahead.  I'm sorry.

6          MR. GEORGALIS:  We're ready to begin with the

7     victims, whenever you are.

8          THE COURT:  Bring each one forward.

9          Ladies and gentlemen, I would ask when you step

10:48:22  10    forward, please come to the podium.  You need to use the

11    microphone so you can be heard by all the participants in

12    the proceeding.  Also you will need to state your full name

13    and please spell your last name for the benefit of the court

14    reporter, as there is a record being kept.

10:48:37  15         We may begin at this time with the victims,

16    please.

17         MR. GEORGALIS:  In alphabetical order, first being

18    Patricia Besselman.

19         MS. BESSELMAN:  Hello, Your Honor.

10:49:02  20         My name is Patricia Besselman, B-E-S-S-E-L-M-A-N.

21         Your Honor, I would like to address my comments to

22    Eric Bartoli.

23         Mr. Bartoli, you knowingly stole money from people

24    that trusted you and trusted your representatives, Binge

10:49:25  25    Esposito and Shisler.  And some investments were

 1    individuals' entire savings, thus leaving the victims with

 2    no means of income to support their livelihood.

 3         THE COURT:  If I can interrupt you, please look at

 4    me and use the microphone.  He will be able to hear you.

 5    All right.  If you turn away, it's difficult.  You are away

 6    from the microphone and the court reporter and I can't hear

 7    you.

 8         MS. BESSELMAN:  All right.  But you did not care.

 9    You took our money to live a life of luxury and had no

10    regard for the hardship that your victims would endure.

11         During the first meeting in 1999, people were

12    stunned, shocked, and in disbelief that their money was

13    gone.  There were people that would have no money to make

14    their house payment, buy food or buy medications.

15         One man invested his life savings to help support

16    his wife.  You see he was ill and didn't have long to live

17    and needed that money to support her.  You took his peace of

18    mind from him, as well as his money.  This is only one of

19    many examples of harm that you caused.

20         Your victims, retirees, nurses, farmers, business

21    people, secretaries, professional people were demoralized

22    mentally and financially devastated while you were spending

23    their money for your own pleasure.

24         You also took advantage and preyed on the elderly

25    by soliciting retirement centers.  The elderly would have no

1    way to replace their money, but did you care?  No.  The

2    elderly were from the great generation who grew up in the

3    United States during the deprivation of the great depression

4    and then went to fight World War II.  They were frugal

10:51:10  5    people that saved for their retirement.  Now they had

6    nothing.  Their hard earned money was gone.

7        You didn't care how long and hard these people

8    worked for what they had.  You wanted the easy way out and

9    knowingly stole their wealth and peace of mind.  Once your

10:51:27 10    Ponzi scheme was revealed, you fled the country with no

11    remorse, nor accepting responsibility for bilking millions

12    of dollars from your victims.

13        Your Honor, Mr. Bartoli deserves the maximum

14    sentence for his crimes.  Given the opportunity, I believe

10:51:43 15    that Mr. Bartoli will continue victimizing people when

16    released from prison.

17        In conclusion, I would also like to thank the

18    justice department for finding and bringing Mr. Bartoli to

19    justice.

10:51:56 20        THE COURT:  Thank you, ma'am.

21        MS. BESSELMAN:  Thank you, Your Honor.

22        THE COURT:  You're welcome.

23        MR. GEORGALIS:  Judge, the government would ask

24    Dr. Tammy Bixler-Zalesinsky to please approach.

10:52:08 25        MS. BIXLER-ZALESINSKY:  My name is Dr. Tammy

1    Bixler-Zalesinsky, B-I-X-L-E-R, hyphen, Z-A-L-E-S-I-N-S-K-Y.

2           In honor of being just before Veteran's Day, I

3    want to highlight one of Mr. Bartoli's victims, my

4    grandfather, Paul Kenneth Gallatin.  Everyone called him

10:52:52  5    Kenny.

6           Before U.S. declared war in 1941, my grandfather

7    joined the U.S. Army because he was not only trustworthy and

8    hard working, but he was also a patriot.  He was a medic

9    until he was captured, and then he was a POW in German

10:53:10  10    prison camps.  He knew hard times and living with very

11    little resources.

12           After the war, he returned to Northeastern Ohio

13    and worked 36 years as a machinist.  And when I say he

14    worked, I mean he worked every single day for 36 years.

10:53:29  15           Why was he so dedicated?  He wanted to build up

16    resources for his family and for himself, so as he got

17    older, he would have them when he needed care.  Sadly, his

18    retirement that he worked so hard to earn was scavenged by

19    Mr. Bartoli.

10:53:51  20           As a result of Mr. Bartoli's taking my

21    grandfather's retirement and using it for his own personal

22    use, my grandfather was declared to be indigent.  His house

23    was sold, he had no money, he had no clothing.  Finding ways

24    to provide care for him in his last few years was extremely

10:54:10  25    difficult.

1    He had no money for food.  He had no money for

2  clothing.  He had no money for care.  He came to live with

3  my family without a penny of resources.  He -- we cared for

4  him around the clock and making sure he never needed for

10:54:29    5  anything.

6    While that does sound like a happy ending, let me

7  assure you that I remember holding my grandfather's hand as

8  he wept because he knew he could not provide for himself,

9  something that had been a life-long goal.

10:54:44   10    I remember my grandfather as a strong, brave, Army

11  veteran who also was a hard-working man.  He worked every

12  day the afternoon shift and he came home every night at

13  midnight without ever complaining.

14    Because he was declared to be destitute and unable

10:55:04   15  to pay his bills, he could not choose his own doctors as the

16  end drew near for him.  All those doctors who had his

17  medical history going back decades, he could not use their

18  background and their knowledge.

19    He could not even get a new pair of glasses when

10:55:21   20  they broke.  I was right beside him at every medical

21  appointment when he had to say he was on Medicaid.  He had

22  no medical insurance and no way to pay his bills or even get

23  the prescriptions.

24    Trust me, people you have known your entire life

10:55:37   25  look at a person very differently when they hear that you

1    have no money and you are asking the government to pay your

2    bills.

3           He may have been old, but he knew the shame of and

4    the burden of being without money to provide for himself,

10:55:54  5    despite his plan and hard work his entire life and his

6    dedication to his country, his job and his family.

7           Today, Mr. Bartoli, we are dedicated to insuring

8    that you bear the shame of what you did to trustworthy and

9    hard-working individuals like my grandfather.  Today stops

10:56:15  10    the cycle of deception and greed and shame you have brought

11    into your lives.

12           THE COURT:  Thank you, ma'am.

13           Counsel.

14           MR. GEORGALIS:  Thank you, Judge.

10:56:29  15           Judge, the government would ask Denise Bosoni to

16    the approach.

17           MS. BOSONI:  Thank you.

18           THE COURT:  Good morning.

19           MS. BOSONI:  Good morning.

10:57:04  20           I am sorry, sir.

21           THE COURT:  Take your time, ma'am.  It's all

22    right.

23           MS. BOSONI:  Good morning, Your Honor.  My name is

24    Denise Ann Esposito Bosoni.

10:57:21  25           I am addressing this court on behalf of my father,

1  Peter J. Esposito, Sr., due to the fact he passed away in my

2  arms on May 15, 2001 in my home because he couldn't even

3  have his own anymore, only three years after meeting and

4  becoming a victim of Eric Bartoli.

10:57:41  5      Eric, you conned and manipulated my brother, Peter

6  J. Esposito, Jr., to work with you by convincing him your

7  fake Cyprus Investment Fund was legal and legit.  You

8  single-handedly sought him out and his other employees to be

9  set up to be a part of the under-handed pyramid Ponzi scheme

10:58:08  10  which only you were aware of.

11      Then you set him out to enlist investors by doing

12  your bidding and all your dirty work.  Pete even convinced

13  our father to invest and become part of your great Cyprus

14  family, which really was what?  You even gave him ID card

10:58:32  15  with an account number on it.  Remember that?

16      But to truly add insult to injury, you did this

17  despicable, unthinkable act to my dad through his own son.

18  How could you do that?  Honestly, really?  How could you do

19  that?  And then look in the mirror and go on to do it again?

10:58:57  20      I remember when the checks started bouncing.  You

21  personally called my dad to tell him, "Don't worry, Pete.

22  Everything was okay, and the investment was safe."

23      Then you promised him you were going to take care

24  of him and return his entire investment.  Don't worry, you

10:59:16  25  had his back.  Again, you gave him your word.  And we all

1    see what that was worth.  Absolutely nothing, just like you.

2         But what you did do was run and hide to become

3    Enrico Orlandini, kind of like a magician's name.  What was

4    that?  Joke?  Make everybody's money disappear and only you

10:59:39    5    have it?

6         And then to continue your scam only somewhere else

7    to do it all over again in another state, another country,

8    two more victims.

9         My dad lost $100,000, not as much as a lot of

10:59:55   10    other victims, but a fortune to him nevertheless.  My dad

11    was very proud of his 50-plus years as a bricklayer and

12    mason contractor.  He worked hard and long hours for every

13    penny he earned, unlike you.  But of all, he loved his

14    family, not money, but with pride and honor and dignity, he

11:00:20   15    took his life's work savings and wanted to leave something

16    to his four children and 14 grandchildren, but your lies,

17    deceit, greed prevented all that.

18         Eric, you single-handedly stole all that from my

19    dad and my family.

11:00:40   20         During all this time, my dad, before you, found

21    time to become a volunteer at Lutheran Hospital, giving

22    service to so many people without any pay, just his heart

23    and kindness.  My dad was funny, kind, loving and a very

24    caring, honest person.  Everything you are not.

11:01:03   25         As a daughter, I want you to hear this and really

1    keep it in your heart.  At a very young age, my dad taught

2    us about God, good and evil, how always to do our best, to

3    do good and be good.  He also warned us about the devil and

4    his evil.

5    Every time someone does something to offend God,

6    they were doing the devil's work and hurting God.

7    You think that's a good description of your life

8    and a definition of just who you are?  Pure evil.

9    Eric, you stole my father's life savings, but make

10    no mistake, you did not get his dignity, his self-worth or

11    honor, three things you will never know anything about.  Our

12    father went to heaven very wealthy because he died an

13    honorable, spiritual, loved man, another list of things that

14    you will never be or ever achieve to be.

15    My brother Pete went to prison for two years

16    leaving his family and four children, because he didn't have

17    the proper license which you also knew and victimized him,

18    not because he deliberately conned and scammed people out of

19    their life savings like you did.

20    So for my brother and others who you convinced to

21    work for you and with you for you to get only eight to ten

22    years is a joke and not justice by any means.

23    Your Honor, please, I am begging you, please give

24    Eric Bartoli the maximum sentence, and the punishment for

25    all his crimes, especially for all the broken-hearted

1    seniors and people that die poor because his lack of greed

2    -- because of his greed and lack of humanity.

3         Anything less than life to me is unfair and

4    unjust, considering his total disregard and respect for

11:03:14  5    people, their livelihood and lack of respect for the law.

6         Your Honor, I thank you for your time in this

7    courtroom for hearing this.

8         THE COURT:  Thank you, ma'am.

9         MS. BOSONI:  Thank you.

11:03:30  10        THE COURT:  Be careful as you return to your seat,

11   please.

12        Counsel.

13        MR. GEORGALIS:  Thank you, Judge.

14        Judge, the government asks Jennifer McCleese to

11:04:01  15   please approach.

16        MS. MCCLEESE:  My name is Jennifer McCleese,

17   M-C-C-L-E-E-S-E.

18        I've never been in a situation like this before

19   and I know I am really nervous and I never thought that I

11:04:37  20   would prepare anything and I didn't think I was going to

21   speak today.  But when I came here today, I felt I had to.

22        My experience began almost 20 years ago, so I was

23   20 years younger than I am now.  I was young and we had some

24   -- we went to get our taxes done and we had some money that

11:05:05  25   we had to invest or pay taxes on it, and that's when James

Lori A. Callahan, RMR-CRR        (330) 252-6022

1    Binge said to us, "You know, you want to put some money in

2    here."  I wasn't looking for big returns or anything or to

3    get rich quick.  I was young and we had to do something with

4    our money.  I trusted him because he's done my taxes in the

11:05:25    5    past.

6            But I see so many people around me that has been

7    really hurt and suffered greatly.  I don't feel I have,

8    because I don't feel I've had invested what a lot of people

9    here has, but for myself, the way I've dealt with this is,

11:05:51   10    and maybe a lot of people don't feel this way, but I put it

11    in the right perspective and I forgive Mr. Bartoli for what

12    he's done.

13            I think I am around the same age that he is, you

14    know, we probably grew up listening to the Beatles, bell

11:06:09   15    bottoms, going to football games.  So why did he take the

16    path he took and I took the path I took?  There's only --

17    God can only answer that for us.

18            But the reason I am here is because I went to a

19    meeting, which many of the people here probably did years

11:06:28   20    ago, I think it was in Dalton.  It was standing room only.

21    They had attorneys there and explained to us what

22    Mr. Bartoli and the other members did to a lot of the

23    people.

24            And the reason I am here now is because I can't

11:06:43   25    get a certain image out of my mind after all these years.

Lori A. Callahan, RMR-CRR       (330) 252-6022

1    And that image is when we were standing in that big room or

2    auditorium, there's an elderly -- and it may be some people

3    spoke today, it might be their father, their grandfather,

4    but he was sitting in a folding chair against the wall.

5    (11:07:08)    What I can remember, I never knew his name, he was

6    a white-haired man, very frail looking, and he had a folder

7    on his lap, and I never asked him too much or anything.  I

8    didn't ask him, but I just figured it was all his papers and

9    legal papers, and he was probably hoping to get some answers

10   (11:07:33) that night which a lot of us were.

11   And he sat there, and I think I will never forget

12   what he said to me.  I'm standing there, like I say, a lot

13   younger than I am today, and he was this elderly frail man.

14   And he offered -- he offered me his chair.  And I thought,

15   (11:08:05) "I am so much younger than you.  And I feel so bad for you."

16   And also, I just can't get him out the my mind and

17   that's why I had to speak today.

18   And also a dear close friend of ours was featured

19   on American Greed, and when we watched those shows and I

20   (11:08:29) never thought I'd see a friend of mine on American Greed,

21   and we watched those shows.  After we watched them, my

22   husband and I always say, we watched them periodically, we

23   always thought I would like to ask them how much is enough?

24   How much money, how much material things do you need to be

25   (11:08:49) happy?  It's not where it comes from.  It comes from within.

```
            1   And like I said earlier, I forgive him.  That's my way of

            2   dealing with it.

            3           And I just can't get that man out of my mind.  I

            4   never could.  He offered me his chair.

11:09:06    5           Thank you.

            6           THE COURT:  You're welcome.

            7           Let's let her get seated, please.  All right.

            8   Now --

            9           MR. GEORGALIS:  Judge, the government asks Nancy

11:09:31   10   Lyons Miller to please approach.

           11           MS. LYON MILLER:  My name is Nancy Lyons Miller.

           12           L-Y-O-N-S, M-I-L-L-E-R.

           13           I am here today to represent my mother, Etta

           14   Smith.

11:10:33   15           It really gives me some pleasure to see that guy

           16   in an orange jump suit, unlike his fancy Navy blue suit with

           17   his big shiny car.  Those days are over for you.  He

           18   probably doesn't remember me.

           19           How could he?  There's been so many that he's met

11:11:19   20   and robbed, but I met him in my mother's kitchen and it's

           21   the first time I felt like I was in the presence of evil.

           22   He persuaded my mom to give up her life savings.  She

           23   thought she was making some new friends with the Cyprus

           24   boys.

11:12:05   25           My husband and I knew different and she wouldn't
```

1    listen.

2                    After reading an article on the Cyprus phone scam

3    in the Plain Dealer in 1999, my life and the life of my

4    family was forever changed.

11:12:28    5                    Over the course of 17 years, I've struggled

6    emotionally, physically and financially to find peace in

7    having watched my mother's life savings stolen away,

8    subsequently, also stealing the last few years of her life

9    which were consumed with grief, shame, anger and sadness.

11:12:52   10                    Over what she anticipated to be a thoughtful

11    investment for her family's future as her legacy after she

12    passed, words can't even begin to express the effects of the

13    Cyprus fund scam on my family, especially my relationship

14    with my mother.

11:13:21   15                    As the only surviving family member to my mother

16    who had moved in with us, I was both her caretaker and

17    overseer.  Eight months after the news of the Cyprus funds

18    collapsed, my mother was diagnosed with terminal cancer.

19                    I am confident that the stress of this Cyprus news

11:13:55   20    promoted the rapid progression of the disease and plagued

21    her as she lost everything she and my father had worked

22    their entire lives for.

23                    Most costly of all, this ordeal took away valuable

24    time between four family which can never be replaced, time

11:14:24   25    that was tainted with anger, regret, shame and stress.

Lori A. Callahan, RMR-CRR        (330) 252-6022

1        Her last years of life could have been different.

2   She could have died with a satisfaction and dignity of

3   helping her family who struggled financially.

4        In '99 and 2000, I spent countless hours

5   collecting, organizing and retrieving information for the

6   receivership.  This process took my stress level to a

7   maximum, arguing about facts and records and so much

8   information that my mom could not recall.  This was not the

9   way we wanted to or should have had to spend our final years

10  together.

11       My mother was paying for my return to college to

12  pursue a better career.  After the Cyprus news, I was forced

13  to drop out of school, help pay family bills and for my

14  mother's care.  She was planning to pay for my daughter's

15  college education.  As a result of the Cyprus scam, my

16  daughter moved back to Ohio to work as our nest egg had

17  suddenly disappeared.

18       Naturally my marriage suffered, as well, as I was

19  bound by stress and consumed by grief.

20       It honestly seems like life for my family has been

21  an uphill battle of ripple effects after the Cyprus scam

22  came to light.

23       My mother's dying wish was for Bartoli to get

24  justice.  I think today she can rest in peace.  I beg you to

25  give him the strictest, longest sentence possible in the

1    worst conditions.  Nine years is not enough.

2           He hurt so many people, hundreds and hundreds of

3    people as the stories have already been mentioned.

4           I thank you.

11:17:15  5           THE COURT:  Thank you, ma'am.  Counsel.

6           MR. GEORGALIS:  Judge, the government asks Jerry

7    Schaeffer to please approach the podium.

8           MS. SCHAEFFER:  Good morning.

9           THE COURT:  Good morning.

11:18:02  10          MS. SCHAEFFER:  My name is Jerry Schaeffer,

11   S-C-H-E-A-E-F-F-E-R.

12          I am the wife of Eugene R. Schaeffer, Randy.  Like

13   the other ones here, we were affected by Eric.  Our personal

14   dreams, which doesn't seem like much compared to others

11:18:42  15  here, but my husband worked hard, as did I.  I worked while

16   my kids grew up, always planned some college.  The oldest

17   boy was accepted at Ohio State.  We had planned on using --

18   we had given Eric a check and I believe my husband believes

19   that we were probably one of the last before he was caught.

11:19:17  20          We had never got any returns and were pressured to

21   get the money we had given.  So my husband has -- he works

22   at the U.S. post office in Milan, Ohio.  He had -- we grew

23   up on a dairy farm.  We had saved what money we did have

24   shortly after marriage and invested in good dairy cows.

11:19:48  25  That was his pride and joy other than his kids, and I would

1    like to think me, but as it turned out, he grew his cow

2    business into a productive business also.  And as our other

3    boys grew, they were all in high school, we ended up selling

4    the 40 cows to put them through school so they wouldn't have

11:20:23  5    bank loans and that sort of thing.

6         Which is fine, and like I say, we anticipated on

7    building a home.  That never happened.

8         Not only did this -- like I say, we were the last,

9    I believe, but my husband's whole family also was involved

11:20:45  10   in this.  They had been in it for a few years and thought

11   everything was okay, until a certain day, they went to

12   withdraw some money out of their account and found out there

13   was nothing left.

14        There was quite a few family members that was

11:21:12  15   affected by this, Randy's sister, and I believe a few

16   brother-in-laws, also.

17        And his dad is still living in his 90's.  He still

18   has a farm, but I believe his mother has passed and not --

19   she had a health issue also, but I am sure it didn't help it

11:21:42  20   either.

21        I, too, wasn't going to speak today.  But I felt I

22   came this far.  I wanted to be heard, and I am afraid he did

23   escape once, and I do want to thank everybody who did

24   receive him back and hopefully, these other people and

11:22:15  25   ourselves do at least know there is justice, and if not

1    here, you will.  You will find justice.  Thank you.

2              THE COURT:  Thank you, ma'am.

3              Counsel.

4              MR. GEORGALIS:  Thank you, Judge.

11:22:43  5              Judge, the government asks Lloyd Smith to please

6    approach the podium.

7              MR. SMITH:  My name is Lloyd Smith, S-M-I-T-H.

8              Your Honor, thank you for giving me the privilege

9    to voice my feelings.

11:23:21 10              THE COURT:  You're welcome, sir.

11              MR. SMITH:  I would like to thank the FBI.  They

12   finally got him.  And I guess that's what makes America

13   great is they kept on trying.

14              My story is similar to everybody else.  We lost

11:23:46 15   everything.  When we got the notice that there was no more

16   money, the wife and I went to the grocery store.  Between

17   us, we had 20 bucks.  You ever buy groceries on 20 bucks

18   when you are used to spending 100, 150?  We looked at

19   everything.  We bought coffee.  Our favorite brand?  Nope,

11:24:15 20   we couldn't afford it anymore.  We had to find the cheapest

21   brand of coffee they had.  A lot of the stuff that we did, I

22   was very mean and very cruel.  I did not make any friends.

23   I was hostile to everybody.  The proverbial thing, I would

24   kick puppies and I wouldn't even hold a baby.

11:24:43 25              That's how much hatred I had.

Lori A. Callahan, RMR-CRR      (330) 252-6022

1          Thank goodness, my wife, she was stronger than me

2     and helped me get through it.  So now we gave up everything

3     we had.  And I am working.  And I will work until my toes

4     turn up because I don't have no choice.

11:25:14  5          Bartoli, I can't call him sir or Mr. because he

6     doesn't deserve that much respect.

7          I've heard that they said that he would be

8     incarcerated in federal prison.  Well, my understanding of

9     the federal prison is like a damn day camp.  He's not in

11:25:44 10  with hardened criminals.  He's out there living the good

11    life.  Sure, he's getting three meals a day.  Maybe he ought

12    to go without three meals a day just so he can understand

13    what all of his victims went through.

14         I've heard him say or heard said that he doesn't

11:26:02 15  have any money.  Well, just about everybody in this

16    courtroom says that's a bunch of BS, that he's got it

17    squirreled away someplace and his children or whoever is

18    going to get the money.

19         He did one of the most heinous things.  He

11:26:30 20  violated at least one of the Ten Commandments that we know

21    of, and thou shall not steal.  He did do that.  He's a

22    down-right thief, and to call him anything nicer than that

23    would be an insult to all the people that are present today.

24         I've wondered about many of the things that that's

11:26:55 25  gone through his mind.  He's sitting over there like a bump

1    on a log and he feels he got a good deal.  Maybe he plea

2    bargained.  Maybe he said, "Well, I can't -- you know, I

3    don't have any money, so I will just throw myself on the

4    mercy of the court and say I am guilty."  Yeah, we know he's

11:27:14  5    guilty.

6         But I guess part of me wants to say, "Well, gee,

7    the last time I checked, most lawyers don't work for free,

8    so somebody has got to be paying them," and I can't imagine

9    the tax dollars for his.

11:27:28  10         I don't mind my tax dollars for paying for the

11    people that's prosecuting him.  I think they're doing a

12    terrific job.

13         The final thing I guess we know he did all of

14    this, and I understand that he had to serve some time in

11:27:50  15    South America or someplace in that vicinity.

16         And I understand he put some time in down there.

17    Well, the time that he put in prison down there should be

18    for those people, and he shouldn't get credit for it for up

19    here.

11:28:06  20         This is America.  This is the United States.  And

21    granted we're trying to make it better, and things will get

22    turned around, but individuals like Bartoli -- I understand

23    also that it's a family thing.  His father did the same

24    thing.  So, gee, I understand he's got children.  So I guess

11:28:30  25    we get to look forward -- of course, we won't get caught in

1    it, but there's going to be a lot of other people that's

2    probably going to get caught in one of the scams of his own

3    children are going to run because it seems to be their way

4    of life.

11:28:43  5    But he's a thief, and he deserves to be treated as

6    a thief.

7    The only thing I would ask of you, Your Honor, is

8    it possible to have a lien against Bartoli for the rest of

9    his life that any monies that he doesn't pay anybody, any

11:29:05  10   monies that he earns or gets or magically has found, he has

11   to part with it for his victims.

12   Thank you, Your Honor.

13   THE COURT:  Thank you, sir.  We will address that

14   at the time of the final sentencing order.

11:29:22  15   Counsel for the government.

16   MR. GEORGALIS:  Judge, that concludes the victims

17   that are present in the courtroom that would like to speak.

18   There are the two letters that we would like to

19   read into the record.

11:29:39  20   THE COURT:  Please use the podium so you can be

21   heard.

22   MR. GEORGALIS:  Thank you, Judge.

23   Judge, the first letter is from a victim by the

24   name of John Kosmides, K-O-S-M-I-D-E-S.

11:29:55  25   And it reads as follows:

1           My name is John Kosmides.  I would first like to

2      thank the court for allowing me to speak at this hearing.

3      Let me start by saying it's been around 20 years since this

4      incident happened.

11:30:10  5           Back then, I had developed a relationship with a

6      Mr. Jim Binge who was my accountant for a small business

7      that I started back in 1996, to which my wife and I had to

8      borrow $85,000 to acquire.  Jim seemed to be very helpful in

9      making sure I set my company up properly, and as time went

11:30:27 10     by, I grew to trust him.

11          As time went by in 1996, and I started making ends

12     meet is about the time he confronted me with an investment

13     opportunity that he said was full proof, and that I would

14     make substantial interest gains on my money, and at the same

11:30:42 15     time put myself and my company in a position to pay less

16     taxes.

17          I was sort of leery about this because I always

18     felt that it was my obligation to pay my fair share in

19     taxes, but Jim introduced me to other people that he said

11:30:56 20     were in the same fund and that I should not be worried in

21     the least bit.

22          This investment was called the Cyprus Fund.  And

23     it would enable me to use tax credits based on setting up my

24     company in such a manner that I would pretty much have to

11:31:10 25     pay no taxes whatsoever or very minimal at the least.

Lori A. Callahan, RMR-CRR     (330) 252-6022

1        I asked him, "What is the Cyprus Fund.  And who is

2    in charge of this fund?"  And he stated that a Mr. Eric

3    Bartoli was the man in charge and he would do all the

4    necessary investments to help me grow my money.

11:31:27  5        Mr. Binge informed me that he was working directly

6    for Eric Bartoli and Jim was the one who made the contacts

7    such as me accessible to this opportunity.  He told me it

8    was perfectly legal and many businesses are doing the exact

9    same thing, but obviously, in a bigger scale.

11:31:43 10        He even produced documents showing me legally how

11   this would work.  Of course there was a $5,000 in cash

12   up-front investment to show good faith on my part.

13        So much for good faith, right, Eric?

14        Little did I do know that a guy named Eric Bartoli

11:31:59 15  and Jim Binge would make my life very difficult for the

16   coming years.

17        As a result of the above-mentioned Cyprus Fund

18   investment fraud, the following occurred:

19        Roughly three years later, the bottom fell out and

11:32:11 20  in October of 1999, I found out that the Cyprus Fund was a

21   fraud.  During those three years, I had invested substantial

22   amount of money that was pretty much my wife and I's life

23   savings.

24        We lost every penny, plus the interest that we

11:32:26 25  thought was growing our investment.

Lori A. Callahan, RMR-CRR        (330) 252-6022

1          This would have been monies that makes life

2     somewhat easier and enable us to have enough money for our

3     kids' college educations.

4          To make matters worse, I had to restart my company

11:32:38  5     again on January 1, 2000 with a whopping $530.08.  That's

6     all the money my wife and I had left.

7          We were left with company loans that had to be

8     paid along with normal life and general debt.

9          We were the ones that had to call banks and

11:32:55  10     finance companies and ask for extensions for loans that I

11     could not pay, not Eric Bartoli.

12          We were the ones who had to borrow money from

13     lenders to help us pay other lenders, not Eric Bartoli.

14          Eric Bartoli was out having a good time with not

11:33:10  15     only our money, but other people's money that he scammed

16     from us, based on a trust factor.  The only intent Eric

17     Bartoli had was malicious intent that affected many people's

18     lives.  So much for trusting in people, I guess.

19          To make matters worse, on October 31, 2000, I was

11:33:28  20     sent a letter from the IRS notifying me that I owed

21     $92,969.39 on back taxes that were not paid going back to

22     '96, 1997, 1998 and '99.

23          Mind you that Jim Binge, your cohort, was my

24     accountant at those times and did all my tax returns,

11:33:48  25     personal and company, and roughly the same time I was sent a

Lori A. Callahan, RMR-CRR     (330) 252-6022

1    letter from the State of Ohio notifying me that I owed back

2    taxes from 1996 in the grand total of $12,000.

3           Keep in mind that does not include all the

4    attorney and new accountant fees that I had to pay for to

11:34:04  5    help me through this mess, which accounted for another

6    18,000.

7           Then on April 1, 2002, we had to take another loan

8    from Bank One in the amount of $25,552.87 just to help make

9    ends meet, personal and company, to which I had to put my

11:34:21 10    home on as collateral.

11           This obviously does not include any additional

12    interest that we had to pay back.

13           Keep in mind that we were still trying to pay off

14    the original 85,000 note from 1996.

11:34:34 15           So, Mr. Bartoli, if we added up all the additional

16    expense dollars that we lost, not including what you took

17    from me originally, it would be a very nice retirement

18    package that I could have right now at my age of 67 years

19    old, but you took that away from me and my family.

11:34:48 20           I could go on and on how you pretty much made my

21    family's lives very difficult for a long period of time, but

22    why?  Eric Bartoli is a name that I will remember for the

23    rest of my life, that has caused nothing but anger and grief

24    in my life.

11:35:02 25           Whatever the court sentences you to in my opinion

1   will not be enough for all the people's lives, including

2   mine, that you have impacted in a negative way.

3          THE COURT:  All right.  One more?

4          MR. GEORGALIS:  Final letter, Judge.  This one is

11:35:16  5   from victim Delores Snell, and she writes as follows:

6          When we entrusted Eric Bartoli to manage our

7   funds, we had the utmost trust in him and his services.  My

8   husband and I made a decent living and were not wealthy, by

9   any means, but we wanted to make sure that retirement was

11:35:32 10   good for us.

11          My husband died eight and a half years ago and had

12   we not lost our life savings, my life would be easier.  I am

13   forced to live on Social Security alone, and without my

14   husband's income, it becomes very difficult to manage every

11:35:46 15   month.

16          My youngest son had got cancer and I was sick with

17   worry that we couldn't help him financially with his illness

18   and recovery.

19          I did not actively seek counseling, but prayed a

11:35:57 20   lot then and continue to pray now.  My faith has brought me

21   through this so far.

22          Every month that I can't pay a bill or buy extra

23   groceries, I am reminded of the deceit and fraud Mr. Bartoli

24   created.  I live penny by penny and can't afford any extras

11:36:13 25   for myself or do as I wish I could and would have been able

1    to do for my children and grandchildren.

2              My house is now under reverse mortgage so that I

3    wouldn't have lost that to pay for medical bills.  Even

4    though I had no house payment, I have nothing left for my

11:36:29  5    children and after all the years that my husband and I both

6    worked to accumulate a meager means.  We worked very hard

7    and endless hours and have nothing to show it.  Mr. Bartoli

8    robbed me of my life as I knew it.

9              I don't know how anyone could live with themselves

11:36:42  10    after what he did to all of us.

11              THE COURT:  All right.  Thank you, Counsel.

12              Is everybody ready to proceed or able to proceed?

13    I know we've gone for quite some time.  Anyone need a break

14    before we go further and complete the sentencing hearing?

11:36:59  15              MR. GEORGALIS:  Government is ready to proceed.

16              MR. WARD:  Likewise.

17              THE COURT:  All right.  We will go forward.

18              The court, of course, is required to properly

19    calculate the advisory guidelines.  In doing so, I will

11:37:10  20    review the recommendation of the probation officer.

21              As I previously advised the parties, although the

22    parties' plea agreement recommends a guideline range that is

23    higher than that calculated by the probation officer, in

24    abundance of caution, before I consider the other statutory

11:37:29  25    factors, I will follow the recommendation of the probation

1    officer in this case.

2            The calculation set forth at page 18 of the

3    presentence report begins at paragraph 69.  I will go

4    through, just by way of summary.  I know it's difficult for

11:37:44  5    listeners to understand detailed guideline calculation, but

6    as I've adopted the lower guideline calculation, I will

7    simply summarize the guideline calculation.

8            Because we have a number of counts, multiple count

9    adjustment applies, and as set forth in the PSI, and as I've

11:38:02  10    so advised the parties, the total offense level here is a

11    total offense level of 29.

12            As I understand it, if the defendant receives the

13    benefits of accepting responsibility as recommended --

14    actually it's 32 is the combined adjusted offense level, my

11:38:22  15    apologies, a two-level downward adjustment for acceptance is

16    pursuant to the parties' plea government.

17            Does the government seek the additional level?

18            MR. GEORGALIS:  It does, Judge.  Thank you.

19            THE COURT:  Additional level will be granted at

11:38:35  20    the government's request.

21            The offense level, therefore, becomes a 29.

22            And at offense level 29, the advisory guideline

23    provisions are 87 to 108 months.  The parties' plea

24    agreement provision is 97 to 121 months.  And I, again, in

11:38:52  25    abundance of caution, I will adopt the calculation by the

1    probation officer and for reasons set forth in the report.

2           Statutory maximum penalties for Counts 1, 3, 8 and

3    10 -- 1, 3, 8 through 10 is zero to five years.  Counts 2, 4

4    and 5 carry with it a statutory maximum of 20 years appears

11:39:19  5    to be the calculation in this instance.

6           Counsel for the government, do you have any

7    objection to the court's advisory guideline calculation?

8           MR. GEORGALIS:  No objections, Your Honor.

9           THE COURT:  Counsel for the defendant?

11:39:31 10          MR. WARD:  No, Your Honor.

11          THE COURT:  The parties will have a right to

12   argue.  Of course I will give both sides fair notice that

13   based upon the nature and circumstances of the offense, as

14   well as the defendant's history and characteristics and

11:39:45 15   relevant conduct as outlined in the report, the court is

16   contemplating an upward variance from above the guideline

17   calculation recommended by the parties, and I do so and I

18   contemplated it even before today.

19          I know we heard some emotional testimony from the

11:40:02 20   victims.  I also received a number of victim impact

21   statements, more than 70, and which I've reviewed.

22          I should note for the record that I have reviewed

23   the parties' sentencing memoranda, memoranda submitted by

24   the defendant, a memoranda submitted by the government in

11:40:18 25   response.  Also note that those 70-plus victim impact

1    statements that I've just referenced have been provided to

2    counsel for the defendant, and he has been given an

3    opportunity to go over them and review them, and I will

4    consider them as it relates to this case.

5          Having said those things, counsel for the

6    defendant, what, if any, argument do you wish to make in

7    mitigation before I hear from the defendant?

8          I know you have a binder.  I would ask you to use

9    the podium, sir, if you would.  Typically we would use the

10   table, but given the listeners in the courtroom, it would be

11   more efficient for the listeners, please.

12         MR. WARD:  Thank you, Your Honor.  May it please

13   the court.

14         The court has indicated that we have filed a

15   sentencing memorandum on behalf of the Mr. Bartoli, and I

16   certainly don't plan to read that memorandum into the

17   record.  I think the memorandum has been filed and obviously

18   is part of the record.

19         I would, however, Judge, like to point a couple of

20   things before Mr. Bartoli is given an opportunity to speak

21   here today.

22         First of all, Judge, Mr. Bartoli realizes that he

23   must serve a period of incarceration.  That has been

24   discussed with him from day one.

25         However, I would like to remind the court that

1    Mr. Bartoli has entered a very timely guilty plea in this

2    matter and by so doing, he spared any of these victims who

3    have come in here today from having to travel to Ohio to

4    testify, as well as the government from having to prosecute

11:41:44    5    a case where the evidence is over 20 years old.

6            I would also, Judge, point out the fact that in

7    hearing these statements from the victims today, as well

8    reading the various impact statements that have been

9    provided to us, it's clear that Mr. Bartoli did not act

11:41:59   10    alone.  Today alone we've heard the name Esposito.  Today

11    we've heard the name Mr. Binge.  All of those were

12    individuals, who along with Mr. Bartoli, worked together in

13    this whole endeavor.

14            And I would remind the court, Judge, of the

11:42:15   15    sentences that were issued to both Mr. Esposito, a sentence

16    of 24 months, as well as a name we have not heard today;

17    however, I do believe it was referenced in the statements

18    that we were provided to read and that being Douglas

19    Shisler, who I believe received a 21-month sentence.

11:42:33   20            And I would ask the court -- I bring that to the

21    court's attention simply for purposes as a sentencing

22    guidelines outline to try to avoid any large sentencing

23    disparities.

24            Finally, Judge, I would like to raise to the

11:42:46   25    court's attention and bring to the court's attention, as

1    well, the victims here that Mr. Bartoli has been

2    incarcerated since December 11, 2013.

3            To date he's almost served three years and two

4    which were in a Peruvian prison.  He was returned to the

11:43:02  5    United States approximately one year ago.  He's remained in

6    custody since that date.

7            And I certainly would ask the court to give him

8    credit for time served.

9            Judge, I'm not going to go into, again, the

11:43:12  10   record.  I believe that the sentencing memorandum talks

11   about the characteristics of Mr. Bartoli.  He not unlike

12   many of these victims, had a wife, had children.  I know

13   there's been some discussion about him leaving the United

14   States, and I've addressed that in my sentencing memorandum.

11:43:30  15        But I would ask the court to take those factors

16   into consideration prior to imposing any sentence and prior

17   to allowing Mr. Bartoli the opportunity to address you, as

18   well as any victims that are here today, sir.

19            THE COURT:  One question before I hear from

11:43:43  20   Mr. Bartoli.  When Mr. Bartoli was held in custody in Peru,

21   was it related to crimes that he was committing while in

22   Peru, relevant conduct which we will discuss when I impose

23   sentence?

24            But he clearly, when he left this country and

11:44:00  25   relocated to Peru, used various aliases, set up the same

Lori A. Callahan, RMR-CRR        (330) 252-6022

1    type of scam and scheme, was he being held strictly on the

2    government's warrant, or was he being held related to these

3    other crimes that were being committed in Peru, because it

4    has a great bearing on whether or not credit for time be

11:44:20    5    granted.

6                I can recommend to the BOP.  I can't dictate or

7    control what their decision will be, but as I understand the

8    regulations and/or the statute, if he's serving time or

9    being held on anything other than this particular case, the

11:44:35   10    warrant out of this case, then he may not be entitled for

11    credit for time served.

12               So what do we know about what was going on in

13    Peru, the nature, the reasons why he was held in Peru?

14               MR. WARD:  May I confer briefly with counsel?

11:44:51   15               THE COURT:  You may, and I am going to be asking

16    the government the same question.  They're going to have to

17    give me some particulars of that aspect of things.

18               MR. WARD:  Thank you, Your Honor.

19               THE COURT:  And the reason I ask, so that everyone

11:45:21   20    can respond, is that I find it somewhat interesting that the

21    defendant is in Peru and living sort of in some respects

22    openly, shall we say, but perhaps maybe not with his various

23    aliases, with this outstanding warrant.

24               And it's not until it appears where someone might

11:45:37   25    argue, where someone might speculate, that it's not until he

```
 1    starts committing crime in Peru, that all of a sudden action
 2    is undertaken under the United States warrant.
 3              So, again --
 4              MS. BACON:  May we have a moment?
 5              THE COURT:  I would be interested in all the
 6    details.
 7              MS. BACON:  May we have a one moment?
 8              THE COURT:  To talk to opposing counsel?
 9              MS. BACON:  We may have some additional
10    information that might shed some light on this.
11              THE COURT:  If you want to take a moment, you can
12    take a moment.
13              (Pause.)
14              THE COURT:  Counsel, do you have anything else you
15    would like to add?
16              MR. WARD:  Only in answer to your question and
17    conferring with counsel, Your Honor, it's my understanding
18    that he was arrested in Peru on this warrant pertaining to
19    this matter, and was not charged in Peru for any additional
20    offenses.  That's my understanding, Judge.
21              THE COURT:  I will give you a chance to respond to
22    what the government presents if there's any response.
23    Again, I'm not sure that we're going to make a final
24    determination here.  I think ultimately the BOP, Bureau of
25    Prisons, might make that ultimate determination, but as it
```

1    relates to whatever I recommend, they're not bound to follow

2    it in any event.

3            Let's hear it from the government so we have some

4    information.

11:47:31   5            MR. GEORGALIS:  Judge, I think our understanding

6    is fairly consistent with what Mr. Ward has provided to the

7    court, that Mr. Bartoli was indeed arrested and held on the

8    government's warrant in this case while in Peru.  He was

9    there for two years because it's our understanding that the

11:47:49  10   Peruvians were considering additional charges against him

11   for conduct that he had undertaken in Peru against Peruvian

12   victims, but ultimately no charges were filed by the

13   Peruvians.  And once they made that decision, he was

14   ultimately shipped back up to the Northern District of Ohio.

11:48:07  15   So he spent the two years in Peru was he was being held on

16   by the warrant in this case, Judge.

17            THE COURT:  And the source of that information?

18            MR. GEORGALIS:  Was the FBI agents that

19   participated in Mr. Bartoli's extradition, his arrest, that

11:48:24  20   found him in order to sort of make this process even happen,

21   as well as various reporting that we've read out of Peru.

22            THE COURT:  Not to press you too hard, sir, then

23   what triggered after all these many years, what triggered

24   the Peruvian authorities taking action on this warrant after

11:48:42  25   all these many years?  The warrant had been outstanding for

Lori A. Callahan, RMR-CRR       (330) 252-6022

1     quite some time?

2              MR. GEORGALIS:  Agreed, Judge.  My understanding

3     is that once Mr. Bartoli committed additional fraud in Peru,

4     he became more notorious and he was able to be found by the

11:48:57   5     FBI through various on-line searches and through piecing

6     together various parts of the puzzle where he was able to

7     identify Mr. Bartoli, in fact, in Peru ten years after he

8     fled the United States, so that would account for the gap.

9     And once he was located, we immediately began the process to

11:49:12  10     arrest and extricate him back to the United States.

11              THE COURT:  All right.  Thank you, sir.

12              Do you care to respond, counsel for the defendant?

13     You don't have to.  If you would like to, you have an

14     opportunity, you may.

11:49:22  15              MR. WARD:  Your Honor, I have nothing to add.

16              THE COURT:  All right.  Thank you.

17              Mr. Bartoli, what if any, statement do you wish to

18     make on your own behalf?  Since you're in custody, you can

19     remain seated.  Use the microphone if you would so you can

11:49:34  20     be heard.

21              Counsel, you might want to pull the microphone

22     down so he can speak loudly enough to be heard.

23              THE DEFENDANT:  Yes, Your Honor.  First and

24     foremost, I would like to apologize to the court, to my

11:49:46  25     daughter, and to my clients.

1          This is obviously something that should have never

2     happened.

3          THE COURT:  You mean your victims, correct?

4          THE DEFENDANT:  My victims?

11:49:58   5          THE COURT:  They're not clients, they're victims.

6     Sorry to interrupt.  Go ahead.

7          THE DEFENDANT:  I went into this business with my

8     eyes wide open.  And I knew better than to get involved, but

9     did I it anyway.  Strange as it sounds, I should have known

11:50:11  10    that this day would come.  Maybe I didn't know when it would

11    occur, but I should have known it would come to pass.

12          It just goes to show that you can't escape the

13    consequences of your actions.

14          I can tell you that I didn't get here in a

11:50:26  15    straight line.  In prison I've had a lot of time to reflect

16    over the path I took to get here.  I've come to realize that

17    in my mind, I tend to shape the world based on my

18    expectations and my expectations are misdirected or

19    misguided, which turned out to be the case that my mind

11:50:43  20    shapes the world with misguided expectations.

21          Regarding Cypress funds, my expectations were

22    misdirected.  Seeking more money, with no consideration is

23    how that money was obtained.

24          Once I made that shift, this day, my sentencing

11:51:01  25    day was inevitable.

Lori A. Callahan, RMR-CRR     (330) 252-6022

1          When I began to engage in deception, the first

2     person I had to deceive was myself.

3          I allowed the impulses of greed, envy and

4     manipulation to determine my actions while ignoring the fact

11:51:17  5     that the consequences were already built in and couldn't be

6     escaped.

7          I cut corners for expediency.  I surrounded myself

8     with people who -- I listened to people who told me what I

9     wanted to hear.  I told myself that the ends would justify

11:51:32 10    the means and I blocked the fact that dishonesty leads to

11    self-sabotage.  I ignored the reality that this creates

12    conflict I can't escape.  I ignored the voice in my head

13    that said this can't be right.

14          As a result, I developed a tunnel vision.  I put

11:51:50 15    on blinders insisting that one way or the other, it will all

16    work out in the end, but I never attempted to do anything

17    different.  With that in mind, I already spent three years

18    in prison and that's forced me to change the way I think.

19          I have attempted during that time to better

11:52:10 20    myself, to correct flaws and to learn from my mistakes.

21          I don't want the things that happened with Cypress

22    Funds to be the last thing that people associate with me.

23          I don't want Cypress to be chiseled on my

24    tombstone.

11:52:23 25          It wasn't easy to come to this realization.  I had

 1    to read a lot.  I had to meditate a lot.  I had to pray a

 2    lot and all that helped me to reflect.  Through reflection,

 3    I have come to understand the things in my life that I

 4    either forgotten, didn't understand before, or worse yet, I

11:52:43  5    didn't want to understand.

 6         Prison made me see the cost of everything that I

 7    did.  I saw what was missing, what I was missing.  I missed

 8    weddings.  I missed birthdays.  I missed graduations.  I

 9    missed anniversaries and funerals.  My mother succumbed to

11:53:02 10    cancer while I was in prison.  She was asking for me and I

11    wasn't there.  I couldn't tell her all the things I needed

12    to say to her, things she needed to hear.

13         That's a hell of a price to pay for money.

14         As a result, I realize what's important in life

11:53:15 15    and it's not money.  This whole experience has served to

16    make me more aware of other people's needs and feelings,

17    late but aware.

18         That's why I decided to dedicate whatever time

19    necessary to make up for my past transgressions.  I have a

11:53:36 20    real need to do whatever is necessary to compensate those

21    who are due compensation.  And that way, when I am no longer

22    here, others will look back on my life, maybe they won't

23    focus so much on this day.

24         Thank you.

11:53:46 25         THE COURT:  Thank you, sir.

1          Counsel for the government, what, if any, argument

2     do you wish to make?

3          MR. GEORGALIS:  Just briefly.  May I approach the

4     podium?

11:53:54  5          THE COURT:  You may.

6          MR. GEORGALIS:  Judge, as this court has already

7     mentioned, the court and the parties have received scores of

8     letters from victims, but not only from the victims

9     themselves, but from the children of victims and even from

11:54:15  10    the grandchildren of those victims.

11          And in those letters, the victims and the

12    families, they set forth the details of the defendant's

13    conduct and his offense, and how greatly his conduct has

14    affected them; in some cases, destroyed their lives.

11:54:32  15          Judge, this fraud affected hundreds upon hundreds

16    of victims, between 6 and 700, many of the victims

17    themselves were elderly and hard-working people,

18    hard-working families.  That worked their entire lives to

19    save, to invest and to give back to their families.

11:54:54  20          All that was evaporated by Mr. Bartoli.  Judge,

21    this was one of the largest and far-reaching and destructive

22    fraud schemes in the history of this district.

23          As I said, his fraud not only affected the victims

24    themselves, but the children and the grandchildren.  This

11:55:12  25    was a generational fraud, Judge.  It affected an entire

1       town, entire families.

2               Mr. Bartoli was like a nuclear bomb being set off

3       in rural Ohio fueled not by fire, but by his own greed and

4       destroying things in his wake.

11:55:29   5            People are still suffering it from that today,

6       Judge.

7               Judge, many of the victims that suffered appeared

8       here, appeared here in court today and showed great bravery,

9       I felt, in describing what they've been through and the

11:55:47  10     horror and how horrible it's been for them and families.

11      Hopefully this day will give them some closure.

12              But nevertheless, there is still great letters

13      that we all read, and there's still great sadness in the

14      speakers we heard here today, but hopefully, there's also

11:56:05  15     some resilience for some of the victims and through today

16      and through the sentencing, there might be some solace and

17      some closure from this horrific event.

18              In reading through some of the letters that the

19      court has read itself, various things have struck the

11:56:25  20     government as being noteworthy.  Many of the victims lost

21      everything.  They lost all their retirement, lost all their

22      life savings, 40 years of work in earnings, and while that's

23      just ink on paper, 40 years of work and earnings, that is so

24      profound, the hours and the missed baseball games and the

11:56:46  25     missed weddings and -- everything that goes into working 40

1    years, an entire life just evaporated.

2            In reading letters that victims in their 70's had

3    to leave their retirement in order to find part-time and

4    full-time work just to make ends meet.

11:57:04    5            Letters describing the depression, the anxiety,

6    the anger and even the rage that the victims felt and the

7    stress-related maladies that they had suffered and the

8    effect that this conduct has had on the victims'

9    relationship with their spouses, their children, and their

11:57:25  10    -- and each other.

11            The trust that was annihilated as a result of this

12    fraud, Judge, was pervasive.  But perhaps the most profound

13    effect was the loss of according to some victims, their own

14    personal freedom, their loss to live and to enjoy their life

11:57:45  15    as they had intended, and their loss of any type of peace of

16    mind.

17            Judge, based upon these things and based upon

18    guidelines and the sentencing factors and what the judge has

19    heard from the very brave victims that came forward, as well

11:57:58  20    as all the sent forth letters, government believes that a

21    significant sentence is important in this case.

22            Thank you, Judge.

23            THE COURT:  Thank you, Counsel.

24            The court, of course, is required to consider and

11:58:11  25    evaluate a number of factors under 18, U.S. Code, 3553(a).

1       I will attempt to address them.

2              The court's statement may be somewhat lengthy

3       given the history of this case, as well as the other

4       pertinent factors that I am required to state for the

11:58:25   5   record.  I may also in writing set forth a written opinion

6       confirming the court's sentence and the reason for same.

7              We begin with the nature and circumstances of the

8       offense.  It's spelled out in extensive detail at pages --

9       paragraphs 28 through 50 of the presentence investigation

11:58:43  10   report.  And we will call it the Cypress scheme.  The

11       defendant, with the assistance of others, created an

12       unregistered mutual fund for which he was the founder,

13       manager, controlling director, and principal officer, and

14       just as an aside, that sets him apart from the other two

11:59:01  15   individuals who many years ago were convicted, Mr. Shisler

16       and Mr. Esposito.  So this defendant is in a separate

17       position as it relates to this offense.

18             He created monthly newsletters and drafted

19       prospectus and was involved in determining the price per

11:59:17  20   share of investments into the mutual fund.

21             Mr. Bartoli and others defrauded and attempted to

22       defraud investors located in the United States, Latin

23       America and elsewhere by means of selling unregistered

24       securities which were subject to registration, and Cypress

11:59:32  25   and affiliated entities in diverting investor funds and

1     other investor schemes and personal use.

2          Mr. Bartoli willfully marketed and sold

3     unregistered Cypress securities which were subject to

4     registration using the mails and interstate commerce to

11:59:46  5     investors in the United States including the Northern

6     District of Ohio, Latin America, and elsewhere.

7          Mr. Bartoli did so despite being aware that

8     foreign investment companies were forbidden from sharing

9     with U.S. investors, and that the U.S. investment schemes or

12:00:03  10     companies were required to register with the SEC in order to

11     sell securities to United States investors.

12          By July 1999, Mr. Bartoli and his coconspirators

13     had obtained approximately $64,600,000 from more than 500

14     Cypress investors in the United States and abroad.

12:00:22  15          Of that amount, approximately $30,600,000 were

16     returned to investors in the form of redemptions.

17          Now, on its face, that might seem like a positive,

18     but in all likelihood, those returns on investments were

19     simply the result of the Ponzi scheme which resulted in

12:00:46  20     luring new investors.  Without these payments and these

21     payouts, the scheme would have, more likely than not, and I

22     am somewhat speculating, would have collapsed much sooner

23     than it did.

24          So the return to the investors, again, was one way

12:01:03  25     of continuing the scheme and scam for many years.

Lori A. Callahan, RMR-CRR      (330) 252-6022

1          Regarding the relevant conduct fraud, which is

2    extremely important in deciding a sentence here, all of this

3    activity occurred in the Northern District of Ohio and is

4    worth noting that the defendant fled the country, and the

12:01:18   5    government has pointed out in its memorandum in opposition

6    to the defendant's memorandum, make no mistake, the

7    defendant did flee.  He fled to avoid prosecution and was

8    able to evade prosecution and justice for many, many years.

9          While outside the country, what is of interest is

12:01:33   10   that he did not choose to try to once, again, live a

11   law-abiding life, to work or do something productive, but

12   once, again, as outlined in the PSI, at paragraphs 51 and 58

13   returned to the same type of activity in the criminal

14   conduct which, in essence, resulted in the extraordinary

12:01:51   15   devastation to so many people here.

16          And the relevant conduct, I will summarize it, as

17   well.  Beginning in 2006, Mr. Bartoli, using the name Enrico

18   B. Orlandini, Giuseppe Luigi Borelli, Steve Betts and Roger

19   Williams and while residing in Peru, reported to be an

12:02:10   20   investment advisor and operator of several financial

21   services firms and investment newsletters under multiple

22   names, including Dow Theory, Analysis, DT, Analysis, Le

23   Metropol Cafe, Rio Piura Investment Company, St. Andrews

24   Investments and other names which are in the PSI.

12:02:32   25          Bartoli sold subscriptions to his various

1    investment newsletters and used his newsletters to build

2    relationship of trust and confidence with his clients, and

3    again, all of this is occurring in Peru.

4         Mr. Bartoli used these relationships to then offer

12:02:47  5    clients purported opportunities to invest in multiple funds

6    that he claimed to manage, which he did not, including but

7    not limited, to a gold fund, a silver fund, a Dow Jones

8    fund, a commodity fund and an option fund.  The second

9    scheme resulted in fraud amount of over five and a half

12:03:07 10    million dollars.

11         Mr. Bartoli attempted or also attempted to conceal

12    his scheme and wilfully attempted to evade or defeat income

13    tax due and owing him by the United States for the tax years

14    of 1996 through 1998.  The tax loss for the three years is

12:03:23 15    $4,686,057.

16         The history and characteristics of the defendant.

17    The defendant's now 62 years old, but was in his early to

18    mid 40's when he committed these offenses.  He has no

19    criminal history other than there's been no conviction, but

12:03:40 20    we do know about the relevant conduct, which I've referenced

21    earlier.  Again, there's not been a prosecution in Peru for

22    reasons unknown to me.

23         He reported no abuse as a child, but he had an

24    unusual relationship with his parents.  He basically --

12:03:57 25    according to Mr. Bartoli, allowed or they allowed the

1    defendant to be on his own at the age of 13, was allowed to

2    do this so he that could play golf.  His parents divorced

3    when he was about 15 years old.  His mother's deceased.  His

4    father is living, but the defendant had no contact with him

12:04:15  5    since 1998 according to the PSI.

6            He has paternal half-siblings, but does not have

7    contact with either of them.

8            He has been married and divorced once and has two

9    children from his marriage.  His ex-wife and son live in

12:04:28  10   Peru and his daughter lives in Chicago.

11           The PSI indicates he has medical issues such as a

12   heart valve problem and high blood pressure.  He has no

13   mental health issues.  He reports no substance abuse, and he

14   says he has a college degree.

12:04:42  15           His employment was in Peru and not verifiable.  He

16   does not appear to have the ability to pay a fine.  And he

17   does not have any monies to pay for restitution in this

18   case.

19           In terms of sentencing disparities, there have

12:04:58  20   been two other individuals named in related cases that was

21   sentenced over 13 years ago.  Their roles and involvement

22   were significantly less than Mr. Bartoli.  One received 21

23   months custody and was ordered to pay $8,659,000 plus in

24   restitution for the Cypress fraud.

12:05:16  25           One received 24 months in custody and was ordered

1    to pay over 6 million in restitution for the Cypress fraud.

2         There's no indication in their judgment and

3    commitments whether the restitution was joint and several

4    and both completed three years of terms of supervised

12:05:32    5    release.  Their sentences are somewhat obviously

6    considerably less than what Mr. Bartoli faces in this

7    matter, and the disparity is driven by, again, the distinct

8    differences and the overall conspiracy and scheme here, and

9    I use the words "conspiracy" generically in this instance,

12:05:52   10    not as it relates to a conviction, but he is certainly

11    distinctly different than the others in this matter.

12         There's restitution, which is due.  I will make

13    the finding in the amount of $4,686,057 to the IRS.  We will

14    put a separate order as it relates to the restitution to the

12:06:12   15    victims in the case given the sheer volume and number of

16    victims which are extremely extensive, 500 to 600.  I

17    believe the government references 700, but that number,

18    suffice it to say, even over 500 is staggering.

19         In terms of the need for the sentence imposed,

12:06:30   20    it's the court's duty to impose a sentence that meets these

21    purposes; just punishment, adequate deterrence, protect the

22    public, reflect the seriousness of the offense, improve the

23    offender's conduct and condition.

24         The government has brought this case.  They've

12:06:48   25    negotiated a plea.  The plea agreement sets forth

1    recommendations which I've considered.  In my view, an

2    upward variance in this case is clearly warranted, and I

3    will state the reasons why here in open court, at least in

4    summary, and I will put them up in a written order.

12:07:03  5    It's hard in a case of this nature, and I have and

6    I will set aside emotion.  The victims have come here and

7    they have offered compelling statements.

8    Their statements that have been offered here are

9    in many ways consistent with the numerous other statements

12:07:21 10    that I've read, over 70-plus statements from victims in this

11    case, and they outline for us the sheer volume, the sheer

12    number the havoc that you have wreaked, Mr. Bartoli, on the

13    lives of these people.

14    It is hard for anyone to understand or overstate

12:07:44 15    what you have done to these individuals, most of them, most

16    of them hard working, middle class people who have lived

17    law-abiding lives, scrimping and saving and trying

18    desperately to create funds for their retirement, for the

19    education for their children, for their grandchildren, to be

12:08:04 20    able to retire, not to be able to work.

21    It's reprehensible what you have done to this

22    large number of victims.  I have rarely in all 18 years on

23    the bench seen anyone who's created so much harm to so many

24    people, unsophisticated investors who were drawn in to this

12:08:26 25    scam and scheme, many ways by you, and they're all retirees,

Lori A. Callahan, RMR-CRR        (330) 252-6022

1    many of them elderly people who had no way, shape or form

2    the ability to protect themselves from this scheme.

3         It is, again, reprehensible in my view and there

4    is a lengthy sentence that needs to be imposed, not only for

12:08:45  5    just punishment, so the victims understand there is justice,

6    after more than ten years on the run, that there is justice

7    at some point and there is a consequence, and that is what I

8    am going to do in terms of just punishment.  But why a

9    variance is warranted in this case equally is that you have

12:09:02  10    never been able to live a law-abiding life, at least in my

11    mind as least you've been on the run.

12         It's compelling to me you go to Peru and you set

13    up another scam and scheme that's nearly the same and create

14    $5 million from other victims.

12:09:17  15         I suspect, perhaps, if it wasn't for that scam and

16    scheme, who knows.  You may not have been apprehended.  But

17    there's a need for adequate deterrence, because you're a

18    person who will not stop this kind of behavior unless you're

19    incarcerated for a substantial period of time.  So

12:09:34  20    deterrence is important, protecting the public, reflecting

21    seriousness of the offense is the other reason, improve your

22    conduct and condition.

23         Having listened to your statement in open court

24    today, it strikes me that you're more concerned about

12:09:47  25    yourself and your own self-improvement than you are the

1  victims and the harm you've done to them here.  It wasn't

2  quite frankly a very heartfelt statement of apology to all

3  of these individuals who come here today seeking justice.

4       Yes, you received credit for acceptance of

12:10:04  5  responsibility.  I quite frankly find it to be a bit

6  disingenuous your statement to the court and your not quite

7  frankly heartfelt apology.

8       Having said all those things, it's clear to me

9  that the guidelines are wholly inadequate to meet the

12:10:21  10  purposes of the sentencing statute as I've just indicated

11  here.  If this defendant was convicted today, while it's not

12  certainly comparable, somewhat questionable, but I believe

13  if I'm not mistaken, if the defendant was convicted today,

14  the guidelines would be 360 months to life based upon the

12:10:41  15  facts that I have before me.

16       So obviously we take a much harsher view of this

17  kind of activity today, as we should, in the judiciary and,

18  in particular, it's my duty to make certain that indeed the

19  sentence fits the crime.

12:10:56  20       So for those reasons, pursuant to the Sentencing

21  Reform Act of 1984, and 18, United States Code 3553(a), it

22  is the judgment of the court that the defendant will be

23  committed to the custody of the Bureau of Prisons to be

24  imprisoned for a term of 240 months, 20 years on each of

12:11:14  25  Counts 2, 4 and 5.  They will be concurrent with terms of 60

Lori A. Callahan, RMR-CRR       (330) 252-6022

1    months on Counts 1, 3, 8 and 10.

2            I will note for the record, yes, I have varied up

3    substantially, a very substantial period of time.  I would

4    encourage any reviewing court who wishes to take issue with

12:11:33  5    the court's upward variance to review all of the victims'

6    statements, to read and review the transcript of the victims

7    who testified here and understand and perhaps they will

8    understand why this defendant deserves the harshest sentence

9    that the law provides, and also to give strong consideration

12:11:50  10   to the fact he engaged in the same activity while outside

11   the country, completely undeterred, until the warrant from

12   this country brought him to justice.

13           When he's released from prison, he will be placed

14   on supervised release for a term of three years.  That's the

12:12:03  15   maximum on each count to run concurrently, not

16   consecutively.

17           And within 72 hours of being released, he will be

18   required to report in person to the district in which he's

19   released.

12:12:15  20           There's a special assessment of $800 which is due

21   immediately.

22           I am required to put in place a restitution order.

23   I don't want to mislead the victims in this case.  There's

24   not any likelihood at all in the absence of something almost

12:12:29  25   miraculous that restitution will be had by any of the

1    victims. It's sad. I know some of them may have come here

2    seeking that, but I will make a restitution order, and,

3    again, with all due respect, I doubt that there will be

4    restitution.

12:12:41   5    The defendant will pay 25 percent of his gross

6    monthly income per month through the Federal Bureau of

7    Prison's Inmate Responsibility Program while he's

8    incarcerated. If restitution remains upon release from

9    imprisonment, payment is to commence no later than 60 days

12:12:57   10    after he's released. He will be required to set up a

11    payment plan for restitution. It will be a minimum of his

12    gross monthly income of 10 percent.

13    And nothing will prevent the government from

14    executing upon any monies that they might discover before

12:13:11   15    and after the date of this judgment, and I will waive

16    interest given the extraordinary amount of restitution.

17    While the defendant's on supervised release, he

18    cannot commit another federal, state or local crime, and

19    cannot illegally possess a controlled substance.

12:13:24   20    He shall comply with the standard conditions

21    adopted by this court. The following additional conditions

22    will apply.

23    I will suspend mandatory drug testing. The

24    defendant has no history of any substance abuse issues.

12:13:36   25    He cannot possess a firearm, destructive device or

1    dangerous weapon.

2           And I will order that he provide the probation

3    office with access to any requested financial information,

4    and when he's released, of course, he cannot incur any new

12:13:52  5    credit charges, open additional lines of credit without the

6    approval of the probation officer, and the probation

7    officer.

8           He will cooperate in the collection of DNA.

9           And his financial windfall conditions will apply.

12:14:05  10   The defendant shall apply all monies received from income

11   tax refunds, lottery winnings, judgments and/or any other

12   anticipated or unexpected financial gains to his outstanding

13   court ordered financial obligation.

14          I will also put in place a computer restriction.

12:14:20  15   His computer, any computer that he owns or possesses will be

16   subject to monitoring by the probation staff and he will

17   provide all necessary passwords and other pertinent

18   information for purposes of making certain that that

19   computer is monitored and reviewed, based upon the nature of

12:14:37  20   his activities while he's in Peru, the use of the computer

21   to defraud others, and, therefore, that restriction is

22   clearly necessary and needed.  Again, it's not a complete

23   restriction, but it certainly will provide the probation

24   office with the ability hopefully to monitor the defendant's

12:14:53  25   activities.

1            His person, residence, place of business, computer

2    or vehicle will be subject to a warrantless search conducted

3    and controlled by his probation officer at a reasonable

4    time, within a reasonable manner, based upon reasonable

12:15:06    5    suspicion of contraband or evidence of a violation of a

6    condition of his release.  Failure to submit to a search may

7    be grounds for revocation.

8            And the defendant shall inform any other residents

9    that the premises may be subject to a search pursuant to

12:15:20   10    this condition.

11            The defendant's been detained without bail.  He's

12    not a candidate for voluntary surrender based upon obviously

13    the history.  He will be detained.

14            I am constrained, I believe, based upon the

12:15:34   15    information provided to me and part of the parties' plea

16    agreement, I am constrained to recommend credit for time,

17    but I will also indicate to the Bureau of Prisons that if

18    they wish to do their own investigation of the matter,

19    they're free to do that, of course.  They know that as well.

12:15:50   20            But based upon the government's representation, it

21    appears the defendant was held on our -- when I say our, the

22    United States warrant and, therefore, more likely than not,

23    is entitled to credit for time while he was held in Peru.

24            Under U.S. versus Bostic, any objections,

12:16:07   25    corrections, any arguments that have not been previously

Lori A. Callahan, RMR-CRR        (330) 252-6022

1    raised I can address?

2              MR. GEORGALIS:  Judge, if I may.  Judge, one other

3    request the government would have is that the restitution

4    order be made due and payable immediately as opposed to

12:16:23   5    after his release to allow our financial litigation unit to

6    pursue whatever funds there may be.

7              THE COURT:  I will do so.  And, Counsel, do you

8    have -- I should state for the record a total amount of

9    restitution due to the victims.

12:16:33  10              Do we have that number?

11              MR. GEORGALIS:  The total restitution number due

12    to the victims is $42,499,302.82.

13              THE COURT:  And that includes the credit, or that

14    is the net sum after whatever monies was recovered by the

12:16:54  15    receiver?

16              MR. GEORGALIS:  It does, Judge.  Thank you.

17              THE COURT:  Counsel, do you have any objection to

18    that number?

19              MR. WARD:  No, sir.

12:16:59  20              THE COURT:  Thank you.  Now, under Bostic, any

21    other objections the government wishes to raise?

22              MR. GEORGALIS:  No other objections, Judge, but

23    the government does pursuant to the plea agreement move to

24    dismiss Counts 6 and 7.

12:17:09  25              THE COURT:  They will be dismissed.

Lori A. Callahan, RMR-CRR      (330) 252-6022

1          Before I address appellate rights, any objection

2     under Bostic?

3          MR. WARD:  No, sir.

4          THE COURT:  Mr. Bartoli, you have a right to have

12:17:17  5     an appeal to be filed of the court's sentence.  I've imposed

6     a sentence well above the parties' recommendation.  As you

7     are indigent without funds for the appointment of counsel --

8     for counsel for attorneys, we will appoint an attorney to

9     represent you.

12:17:30 10          More likely than not, I would ask Mr. Ward and Mr.

11     Sammon to undertake that representation.  They will advise

12     you further.  I will put up a written order and an opinion

13     setting forth the sentence in this case, as well as the

14     reasons for same.

12:17:42 15          And as your counsel will advise you, you will have

16     approximately 14 days or 14 days thereafter to file a notice

17     of appeal, and your counsel are very capable.  I am sure

18     they will perfect that appeal for you and then we will

19     provide you the necessary transcript, what have you, for

12:17:58 20     purposes of that appeal.

21          Do you understand that?

22          THE DEFENDANT:  Yes.

23          THE COURT:  Thank you.

24          Counsel, you can discuss it with him, and if you

12:18:03 25     would like, we will appoint both of you for purposes of

Lori A. Callahan, RMR-CRR          (330) 252-6022

1    appeal given the extensive record in the case.

2              MR. WARD:  Thank you, Your Honor.

3              THE COURT:  Anything else on behalf of the

4    government?

12:18:12  5          MR. GEORGALIS:  Nothing further, Judge.

6              THE COURT:  Gentlemen?

7              MR. WARD:  No, sir.

8              THE COURT:  That concludes today's hearing.  We'll

9    stand adjourned.  Thank you very much.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               C E R T I F I C A T E

2

3        I certify that the foregoing is a correct transcript

4   from the record of proceedings in the above-entitled

5   matter.

6

7

8                 s/Lori A. Callahan
                  Lori Ann Callahan, RMR-CRR
9                 U.S. District Court, Suite 568
                  2 South Main Street
10                Akron, Ohio  44308
                  (330) 252-6022
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25